**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ANTHONY BOPEE MCCARTY | CIVIL ACTION NO. 06-1698-P |
| VERSUS | JUDGE HICKS |
| LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's retaliation claims are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and that Plaintiff's remaining civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met and that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 23rd day of July, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE